UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01283-JVS | Date | April 5, 2010 |
| Title | IN RE: DEREK MICHAEL FRETHEIM AND TRACI LYN FRETHEIM, et al | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Lori Anderson for Karla J. Tunis | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (In Chambers)   ORDER TO SHOW CAUSE

      The hearing on this appeal from the Bankruptcy Court was calendared for April 5, 2010 at 3:00 p.m.  In accordance with its practice, the Court posted a tentative decision on its website on Friday, April 2, 2010, indicating its intent to affirm the Bankruptcy Court.

      At approximately, 2:20 p.m., on April 5, 2010, just 40 minutes before the hearing, counsel for the appellants advised the Clerk that he would submit on the tentative and would make no appearance.  Counsel for the appellees nevertheless appeared.

      Attorney Andrew K. Mauthe, counsel for the appellants, is ordered to show cause in writing within ten days why he should not be personally sanctioned in the form of an order to pay appellees' attorney's fees for their appearance in light of his failure to give notice of his intent to submit in sufficient time for appellees' counsel to avoid an appearance.

| | 0 | : | 0 |
|---|---|---|---|
| | Initials of Preparer | lma | |